DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**13201 MUSTANG TRAIL, LLC,** and **MELISSA BILBAO,**
Appellants,

v.

**AUCTION COMPANY OF AMERICA,**
Appellee.

No. 4D2025-2440

[July 23, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Briscoe Frink, Judge; L.T. Case No. 062022CA008042AXXXCE.

Joseph Wimbert Gibson, Jr. of Joseph W. Gibson, P.A., Miramar, for appellants.

Cesar Sordo of Sordo & Associates, P.A., Coconut Grove, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH, JJ., and SCHWAB, CHARLES A., Associate Judge, concur.

\*    \*    \*

***Not final until disposition of timely-filed motion for rehearing.***